# NO. 12-16-00294-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *CHRISTOPHER CARREA, JR.,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Christopher Carrea, Jr. filed this original mandamus proceeding complaining of actions taken by the probate court. Generally, a party seeking mandamus relief must bring forward all that is necessary to establish his claim for mandamus relief. *See* TEX. R. APP. P. 52. This entails filing a petition that includes the identity of parties and counsel, a table of contents, an index of authorities, a certification, as well as a statement of the case, jurisdiction, issues presented, and facts. TEX. R. APP. P. 9.5, 52.3(a)-(g), (j). Relator's petition does not comply with these requirements.

Additionally, a relator must file an appendix and record as part of his petition. *See* TEX. R. APP. P. 52.3(k), 52.7. The contents of both are prescribed by the rules of appellate procedure. *See* TEX. R. APP. P. 52.3(k), 52.7(a). Here, Relator provided neither an appendix nor a record. Without an appendix and a record, we are unable to determine that Relator is entitled to mandamus relief. Accordingly, we *deny* Relator's petition for writ of mandamus.

Opinion delivered November 22, 2016.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 22, 2016**

**NO. 12-16-00294-CV**

**CHRISTOPHER CARREA, JR.,**
Relator
V.

**HON. CHRIS DAVIS,**
Respondent

### ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by **CHRISTOPHER CARREA, JR.**, who is the relator in Cause No. P12314, pending on the docket of the County Court of Cherokee County, Texas. Said petition for writ of mandamus having been filed herein on November 7, 2016, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **denied**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*